**Plaintiff**(s): **Matthew Muller**

**Defendant**(s): **United States ; R.L. Rhodes , Acting Warden USP Tucson; Unknown Baltazar , Warden USP Tucson; Unknown Jusino , Associate Warden USP Tucson; Lori Mitchell , Legal Assistant USP Tucson; Does 1-25 , USP Tucson employees**

County of Residence: Pima

County of Residence: Pima

County Where Claim For Relief Arose: Pima

Plaintiff's Atty(s):

**Stacy Scheff , Attorney**
**The Law Office of Stacy Scheff**
**P.O. Box 40611**
**Tucson, Arizona  85717**
**520-461-8333**

Defendant's Atty(s):

II. Basis of Jurisdiction:   **1. U.S. Government Plaintiff**

III. Citizenship of Principal Parties (**Diversity Cases Only**)

Plaintiff:- **N/A**

Defendant:- **N/A**

IV. Origin :   **1. Original Proceeding**

V. Nature of Suit:   **550 Civil Rights**

VI. Cause of Action:   1st, **6th and 14th amendments of the United States Constitution, Administrative Procedure Act. Defendants are denying Plaintiff mental health care, and access to the courts by preventing an independent mental health examination, and by arbitrarily denying Plaintiff's counsel's paralegal access to the prison.**

VII. Requested in Complaint

Class Action: **No**

Dollar Demand: **Preliminary injunction, independent mental health examination, unaccompanied visits by paralegal**

Jury Demand: **No**

VIII. This case **is not related** to another case.

---

**Signature:** **Stacy Scheff**

**Date:** **8/1/2018**