STACY SCHEFF
LAW OFFICE OF STACY SCHEFF
P.O. BOX 40611, TUCSON AZ 85717-0611
Tel: (520) 471-8333
Fax: (520) 300-8033
stacy.scheff@gmail.com
State Bar No. 028364

Attorney for Matthew D. Muller

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mathew D. Muller,<br><br>       Plaintiff,<br><br>   vs.<br><br>United States of America;<br>Robbie L. Rhodes, Warden, Federal Correctional Institution Tucson;<br>Juan Baltazar, Warden, Federal Correctional Complex Tucson; W. Jusino, Associate Warden, U.S. Penitentiary Tucson;<br>Lorri Mitchell, Legal Assistant, U.S. Penitentiary Tucson; Jane/John Does 1-25 employees at USP Tucson,<br><br>       Defendants. | CASE NO.: 4:18-cv-00376-RCC-PSOT<br><br>**NOTICE OF HEARING** |

PLEASE TAKE NOTICE that the Plaintiff's Motion for Preliminary Injunction and TRO in this action will be brought on for hearing before the Honorable _____, on_____, at _____, or as soon thereafter as counsel may be heard.

Dated: