IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mathew D. Muller,<br><br>     Plaintiff,<br><br>vs.<br><br>United States of America;<br>Robbie L. Rhodes, Warden, Federal Correctional Institution Tucson;<br>Juan Baltazar, Warden, Federal Correctional Complex Tucson; W. Jusino, Associate Warden, U.S. Penitentiary Tucson;<br>Lorri Mitchell, Legal Assistant,<br>U.S. Penitentiary Tucson; Jane/John Does 1-25 employees at USP Tucson,<br><br>     Defendants. | CASE NO.: 4:18-cv-00376-RCC-PSOT<br><br>**[Proposed]** ORDER TO SHOW CAUSE<br><br>AND TEMPORARY RESTRAINING<br><br>ORDER |

    Upon Plaintiff's motion, accompanying memorandum of law, declaration and other supporting documents, and the facts averred in the Verified Complaint, it is ORDERED that:

(1)    Defendants and their agents are enjoined by this temporary restraining order from transferring Plaintiff from his current location at U.S. Penitentiary Tucson, except as needed for emergency services or for a hearing at which this Court has ordered his appearance.

(2)    Defendants and their agents are ordered to permit an initial forensic psychological examination of Plaintiff by Dr. George Goldman.  Defendants will allow the examination to proceed anytime during regular business hours beginning three days from the date of

this order and continuing until Dr. Goldman is able to complete the initial assessment. The examination will occur at U.S. Penitentiary Tucson, 9300 S. Wilmot Road, Tucson, Arizona, 85756, at the institution's usual legal visiting facilities and according to usual procedures for an attorney visit.

(3)   This temporary restraining order shall remain in place until this Court has issued an order on the Plaintiff's request for a preliminary injunction.

(4)   No bond is required at this time.

(5)   The hearing for the preliminary injunction shall take place on _____ (date) at _____ (time) in Courtroom _____ at the United States Courthouse on 405 West Congress Street, Tucson, Arizona, 85701.

(6)   Plaintiff is directed to serve a copy of this Order on Defendants.

  IT IS SO ORDERED.

  DATED:_____