STACY SCHEFF
LAW OFFICE OF STACY SCHEFF
P.O. BOX 40611, TUCSON AZ 85717-0611
Tel: (520) 471-8333
Fax: (520) 300-8033
stacy.scheff@gmail.com
State Bar No. 028364

Attorney for Matthew D. Muller

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew D. Muller,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>United States of America;<br>Robbie L. Rhodes, Warden, Federal Correctional Institution Tucson;<br>Juan Baltazar, Warden, Federal Correctional Complex Tucson; W. Jusino, Associate Warden, U.S. Penitentiary Tucson;<br>Lorri Mitchell, Legal Assistant, U.S. Penitentiary Tucson; Jane/John Does 1-25 employees at USP Tucson,<br><br>　　　　Defendants. | CASE NO.: 4:18-cv-00376-RCC-PSOT<br><br>**EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER TO STOP EXTRADITION** |

　　Plaintiff Matthew Muller, via counsel, hereby requests an emergency TRO to stop the impending extradition of Plaintiff in violation of the notice provisions, and causing extreme mental distress while Plaintiff is waiting to be taken back to California and placed in inhumane and unconstitutional conditions.

　　Plaintiff filed a Motion for Preliminary Injunction and TRO at Doc. 6, and incorporates that document by reference here.

　　Today, undersigned received the following email from Plaintiff:

Hello Stacy, Bill and Diana,

I'm sorry for the urgent message.

I admit I'm in some distress right now.  Solano County has had permission to come get me since July 27, two weeks now, and they knew I'd be fighting it.  So frankly I'm amazed they've already taken this long to show up.  They can come at any time.  Any time.  I had a panic attack last night because someone was yelling my name to show me something, and I thought it was the C.O. calling my name to take me to the SHU for transfer.  It's extremely humiliating being emotionally incontinent like this.  I hate that I have to say any of this. I need to make sure everybody understands the urgency.

I know mental health matters are hard to understand.  I'd be too embarassed to write that this is a life and death situation myself, but what you wrote on the request is absolutely true.  However I feel now, I don't get to choose when my psyche gives out and I give and decide to kill myself.  Against the odds, I survived a jump off the Bay Bridge, and I got lucky again just a few weeks ago thanks to a nosy cellmate.  I don't know how many more lives I've got in me.  If Solano County picks me up with things as they stand now, realistically, I give myself 50/50 odds of surviving the next year.  And that may be too sanguine.

Please, please call the court.  Tell them that if they're going to deny the TRO to please enter a paper order ASAP so that I can do an emergency interlocutory appeal to the Ninth Circuit.  I will work on getting that ready.

Thank you all again for your help.  I'm really ashamed to ask for this, but I need it, and the folks I'm trying to help need it.  I would really appreciate it if you could get after the clerks today and make sure this moves.

Best,

Matt

## **CONCLUSION**

For all the foregoing reasons, Plaintiff's motion should be granted and a temporary restraining order issued.

0

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  August 9, 2018

By: _____

STACY SCHEFF
Attorney for Plaintiff
Matthew Muller