IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mathew D. Muller,<br><br>      Plaintiff,<br><br>    vs.<br><br>United States of America;<br>Robbie L. Rhodes, Warden, Federal Correctional Institution Tucson;<br>Juan Baltazar, Warden, Federal Correctional Complex Tucson; W. Jusino, Associate Warden, U.S. Penitentiary Tucson;<br>Lorri Mitchell, Legal Assistant,<br>U.S. Penitentiary Tucson; Jane/John Does 1-25 employees at USP Tucson,<br><br>      Defendants. | CASE NO.: 4:18-cv-00376-RCC-PSOT<br><br>**[Proposed]** ORDER TO SHOW CAUSE<br><br>AND TEMPORARY RESTRAINING<br><br>ORDER |

Upon Plaintiff's motion, accompanying memorandum of law, declaration and other supporting documents, and the facts averred in the Verified Complaint, it is ORDERED that:

Defendants and their agents are enjoined by this temporary restraining order from transferring Plaintiff from his current location at U.S. Penitentiary Tucson, except as needed for emergency services or for a hearing at which this Court has ordered his appearance.

Plaintiff is directed to serve a copy of this Order on Defendants.

   IT IS SO ORDERED.

   DATED:_____