STACY SCHEFF
LAW OFFICE OF STACY SCHEFF
P.O. BOX 40611, TUCSON AZ 85717-0611
Tel: (520) 471-8333
Fax: (520) 300-8033
stacy.scheff@gmail.com
State Bar No. 028364

Attorney for Matthew D. Muller

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Matthew D. Muller**,<br>        Plaintiff,<br>    v.<br>**United States of America**;<br>**Juan Baltazar**, Warden, Federal Correctional Complex Tucson;<br>**Robbie L. Rhodes**, Warden, Federal Correctional Institution Tucson;<br>**Thahesha L. Jusino**, Associate Warden, U.S. Penitentiary Tucson;<br>**Lora R. Molinar**, Supervisory Correctional Systems Specialist, U.S. Penitentiary Tucson; **Lori A. Mitchell**, Legal Assistant, U.S. Penitentiary Tucson,<br><br>        Defendants. | CASE NO.: 4:18-cv-00376-RCC-PSOT<br><br><br>**NOTICE OF ERRATA** |

Plaintiff Matthew Muller, via counsel, notices typographical errors in the Amended Complaint filed on August 24, 2018 at Doc. 11.  The errors include formatting of headings and subheadings, and replacing the heading for the third count, which was ommitted by error.

Plaintiff requests that the attached Amended Complaint be substituted for Doc. 11.

//

//

Dated:  August 27, 2018

By:

STACY SCHEFF
Attorney for Plaintiff
Matthew Muller