STACY SCHEFF (No. 028364)
LAW OFFICE OF STACY SCHEFF
P.O. BOX 40611,
TUCSON, AZ 85717-0611
Tel: (520) 471-8333
Fax: (520) 300-8033
stacy.scheff@gmail.com

Attorney for Matthew D. Muller

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Matthew D. Muller**, | N<small>O</small>: 4:18-<small>CV</small>-00376-RCC-PSOT |
| Plaintiff, | |
| v. | |
| **United States of America**; **Juan Baltazar**, Warden, Federal Correctional Complex Tucson; **Robbie L. Rhodes**, Warden, Federal Correctional Institution Tucson; **Thahesha L. Jusino**, Associate Warden, U.S. Penitentiary Tucson; **Lora R. Molinar**, Supervisory Correctional Systems Specialist, U.S. Penitentiary Tucson; **Lori A. Mitchell**, Legal Assistant, U.S. Penitentiary Tucson, | **NOTICE OF APPEAL** |
| Defendants. | |

Notice is hereby given that Plaintiff Matthew Muller, via counsel, appeals to the United States Court of Appeals for the Ninth Circuit from this Court's dismissal of his Second Amended Complaint, denial of his Motion for Preliminary Injunction and all pleadings related thereto. This appeal is taken pursuant to 28 U.S.C. §1291 and Rule 4 of the Federal Rules of Appellate Procedure. The District Court's Order of August 31, 2018, is a final appealable order that "ends the litigation on the merits and leaves nothing

for the court to do but execute the judgment." *Catlin v. United States*, 324 U.S. 229, 233 (1945). Although the Order extends leave to amend, Plaintiff elects to stand on his Second Amended Complaint. *See*, *e.g.*, *In re Cutera Securities Litigation*, 610 F.3d 1103, 1107 (9th Cir. 2010) (reviewing the district court's order—a dismissal for failure to state a claim made with leave to amend—after the appellant elected to stand on is complain).

Respectfully submitted this sixth day of September, 2018.

                    DATED this 5th day of September 2018,
                    /s/ Stacy Scheff
                    STACY SCHEFF
                    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Stacy Scheff, certify that the complaint in this matter was dismissed pursuant to the screening procedure set forth at 42 U.S.C. sec. 1915A, and that therefore the complaint has not yet been served on any Defendant. However, as a courtesy, Plaintiff has served a true and correct copy of this notice on Benjamin Brieschke, General Attorney for Federal Correctional Complex Tucson, by placing it in the mail, first class postage prepaid, addressed as follows:

Benjamin Brieschke, Esq.
Federal Correctional Complex Tucson
9300 South Wilmot Drive
Tucson, AZ 85756


Signed: _____


Date: _____