UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 07 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTHEW MULLER,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>UNITED STATES OF AMERICA, named as United States; R. L. RHODES, named as Robbie L. Rhodes, Warden, Federal Correctional Institution Tucson; JUAN BALTAZAR, Warden, Federal Correctional Complex Tucson; THAHESHA L. JUSINO, Associate Warden, U.S. Penitentiary Tucson; LORI A. MITCHELL, Legal Assistant, U.S. Penitentiary Tucson; LORA R. MOLINAR, Supervisory Correctional Systems Specialist, U.S. Penitentiary Tucson,<br><br>        Defendants - Appellees. | No. 18-16693<br><br>D.C. No. 4:18-cv-00376-RCC-PSOT<br>U.S. District Court for Arizona, Tucson<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Mon., November 5, 2018**    Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Janne Nicole Millare Rivera
Deputy Clerk
Ninth Circuit Rule 27-7