STACY SCHEFF
LAW OFFICE OF STACY SCHEFF
P.O. BOX 40611, TUCSON AZ 85717-0611
Tel: (520) 471-8333
Fax: (520) 300-8033
stacy.scheff@gmail.com
State Bar No. 028364

Attorney for Matthew D. Muller

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Matthew D. Muller**, <br> Plaintiff, <br> v. <br> **United States of America**; <br> **Juan Baltazar**, Warden, Federal Correctional Complex Tucson; <br> **Robbie L. Rhodes**, Warden, Federal Correctional Institution Tucson; <br> **Thahesha L. Jusino**, Associate Warden, U.S. Penitentiary Tucson; <br> **Lora R. Molinar**, Supervisory Correctional Systems Specialist, U.S. Penitentiary Tucson; **Lori A. Mitchell**, Legal Assistant, U.S. Penitentiary Tucson, <br><br> Defendants. | CASE NO.: 4:18-cv-00376-RCC-PSOT <br><br> **MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS** |

Plaintiff Matthew Muller, via counsel, asks the court for permission to appeal *in forma pauperis*. Attached is the affidavit regarding finances.

Dated: September 13, 2018

*/s/ S. Scheff*
_____
STACY SCHEFF
Attorney for Plaintiff Matthew Muller

Form 4. **Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**Appellant(s) or Petitioner(s)** [ ]

v.

**Appellee(s) or Respondent(s)** [ ]

**Case No.** [ ]

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. sec. 1746; 18 U.S.C. sec. 1621.

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Signed:** [ ]  **Date:** [ ]

**My issues on appeal are:**

[ ]

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

|  | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| **Income Source** | **You** | **Spouse** | **You** | **Spouse** |
| Employment | $ | $ | $ | $ |
| Self-Employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and Dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child Support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment Payments | $ | $ | $ | $ |
| Public-Assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify) | $ | $ | $ | $ |
| **TOTAL MONTHLY INCOME:** | $ | $ | $ | $ |

2. *List your employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
|  |  | From<br>To | $ |
|  |  | From<br>To | $ |
|  |  | From<br>To | $ |
|  |  | From<br>To | $ |

3. *List your spouse's employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
|  |  | From<br>To | $ |
|  |  | From<br>To | $ |
|  |  | From<br>To | $ |
|  |  | From<br>To | $ |

4. *How much cash do you and your spouse have?* $ _____

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account .*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.*

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
|  | $ |  | $ |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
|  |  |  | $ |
| **Motor Vehicle 2: Make & Year** | **Model** | **Registration #** | **Value** |
|  |  |  | $ |

-4-

| Other Assets | Value |
|---|---|
|  | $ |
|  | $ |
|  | $ |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

7. *State the persons who rely on you or your spouse for support.  If a dependent is a minor, list only the initials and not the full name.*

| Name | Relationship | Age |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

-5-

8.  *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) <br> - Are real estate taxes included? ☐ Yes ☐ No <br> - Is property insurance included? ☐ Yes ☐ No | $ | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) |  |  |
| - Homeowner's or renter's.......... | $ | $ |
| - Life.......... | $ | $ |
| - Health.......... | $ | $ |
| - Motor Vehicle.......... | $ | $ |
| - Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) <br> Specify: | $ | $ |
| Installment payments |  |  |
| - Motor Vehicle.......... | $ | $ |
| - Credit Card    (name): | $ | $ |
| - Department Store    (name): | $ | $ |
| - Motor Vehicle.......... | $ | $ |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify) | $ | $ |
| **Total Monthly Expenses:** | $ | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes   ☐ No

   If yes, describe on an attached sheet.

10. *Have you spent--or will you be spending--any money for expenses or attorney fees in connection with this lawsuit?*

    ☐ Yes   ☐ No

    *If yes, how much?* $ _____

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    [                                                                 ]

12. *State the city and state of your legal residence.*

    City _____   State ____

    Your daytime phone number (ex., 4153558000): _____

    Your age: ____   Your years of schooling: _____

    Last four digits of your Social Security Number (ex.,6789): ____

STACY SCHEFF (No. 028364)
LAW OFFICE OF STACY SCHEFF
P.O. BOX 40611,
TUCSON, AZ 85717-0611
Tel: (520) 471-8333
Fax: (520) 300-8033
stacy.scheff@gmail.com

Attorney for Matthew D. Muller

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Matthew D. Muller**,<br><br>        Plaintiff,<br><br>    v.<br><br>**United States of America**;<br>**Juan Baltazar**, Warden, Federal Correctional Complex Tucson;<br>**Robbie L. Rhodes**, Warden, Federal Correctional Institution Tucson;<br>**Thahesha L. Jusino**, Associate Warden, U.S. Penitentiary Tucson;<br>**Lora R. Molinar**, Supervisory Correctional Systems Specialist, U.S. Penitentiary Tucson;<br>**Lori A. Mitchell**, Legal Assistant, U.S. Penitentiary Tucson,<br><br>        Defendants. | NO: 4:18-CV-00376-RCC-PSOT<br><br>**JOINT DECLARATION OF MATTHEW MULLER AND HUEI DAI IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS** |

Matthew Muller and Huei Dai declare, under penalty of perjury:

    1.    Huei and I are husband and wife.  We met in 2011, when I was starting to have intermittent psychiatric problems but was still practicing law, and before I was arrested and ended up in prison.

    2.    Huei is an immigrant from Taiwan who has worked very hard to stay in the

JOINT DECLARATIO
IN SUPPORT OF MOTION                    - 1 -              *Muller v. United States* et al.

United States and finally was awarded a green card as an "immigrant of exceptional ability" in 2016. She currently works at a mobile gaming company and volunteers at a dog rescue organization and as a college planner and life coach for low-income students. We were married on March 17, 2017, the day after I was sentenced to 40 years in prison.

3. We are writing this declaration to explain our finances and why we need to proceed in forma pauperis. Right now, my expenses and Huei's exceed our income. Huei has about $33,000 in outstanding credit card debt, because she did not qualify for student loans as a foreign national and had to put her tuition and other expenses on a credit card while she attended university in the United States. I also have considerable debt stemming from when I became unable to work due to psychiatric illness and could not pay student loans or other expenses. I have not included it on the court form because I am unable to make monthly payments at present.

4. I receive Veterans Administration disability benefits from an injury I suffered in the line of duty in the Marine Corps. I used to get $600.90 a month, but it was reduced to $207.90 a month due to my incarceration. So I have listed it as an average of about $400 a month.

5. In theory, prisoners are supposed to have all reasonable needs provided for them. But I actually have quite a few expenses in prison. In practice, there is a system where if inmates have any ability at all to pay for certain basic items, they will be required to. For example, I take over-the-counter medications to help with pain from my service-connected disability. If I am completely indigent, with less than $6 in my account per

month, then the prison will give me a little ibuprofen, though not enough to keep up with the pain. Since I have more than $6, I have to purchase that myself. It is that way for many different basic items.

6. Keeping in touch with family and using the computer for e-mail also gets expensive. For example, it took my wife and me at least 15 minutes of phone calls and 70 minutes of writing e-mails and this declaration to get together all of the information needed to complete the in forma pauperis motion. The phone and computer use cost $6.40. I also use the computer as a word processor to help other inmates with their legal work. I write documents up as e-mails and send it to my wife so that she can format it properly for filing. All together, my phone and computer use costs $334 per month, erring on the low side (that calculation is based on 3 hours per day of computer use, though often I use it much more).

7. Besides our time and computer expenses, Huei and I make other donations to inmates as well. We typically donate about $120 per month in food, medicine and toiletries and $108 per month in legal work expenses (not counting computer time). Legal work expenses include things like PACER fees for downloading copies of inmates' court files, typewriter ribbons and other office supplies for when I types document rather than e-mailing them and certified mail postage for inmates who cannot afford it (a typical inmate would have to work about 40 hours to make enough money to send a single filing by certified mail). I also remember how hard it was when I was on suicide watch for months and could not buy anything from the commissary. It is like that for some inmates

all the time, especially those who--due to disability--cannot work for even the low wages they offer. So Huei and I donate commissary items to inmates who need them. We have also given a few hundred dollars and cellular phones to inmates releasing into the community with no family or friends on the outside. Transition programs do a little but not much for such inmates, so the extra help is really needed.

8. Due to retaliation by prison officials for my pro bono legal activities, I was recently placed in segregated confinement — "the hole." This resulted in some extraordinary expenses for my wife and family. After I was raped and beaten at the instigation of prison officials, they had to hire a lawyer for $10,000. Due to my mental illness and history of suicidal behavior, my family was very concerned about me and has been coming to see me almost every weekend. This has cost Huei over $10,700 in airfare, hotel and ground transportation costs. I don't know what my parents have had to pay, but it is probably around the same amount. In addition, Huei has had to miss work to help deal with my prison legal matters, and has suffered some health problems of her own due to the stress of what is happening to me.

9. My parents have been giving Huei and me about $500 a month to help with expenses and have contributed to costs for my attorney. But it is not something they can keep up or do regularly. They are both retired public school teachers and do not have a great deal of income or assets. In addition, both my brother and my sister also suffer from severe psychiatric illness and are unable to work. So my parents have to spend money helping to support and treat them as well.

1 | 10. Given all of the above expenses and circumstances, we respectfully request that the Court grant in forma pauperis status. Thank you for considering it. Matthew Muller and Huei Dai swear under penalty of perjury that the foregoing is true and correct. Done this ninth day of September in Tucson, Arizona.

Signed: /s/ Matthew Muller
Matthew Muller

Signed: /s/ Huei Dai
Huei Dai

 **Dai Diana <**●●●●●●**sdai@gmail.com>**

**Muller Transactions**

**Matthew Gjurgevich** <mgjurgevich@bop.gov>　　　　　　　　　　　　　Mon, Sep 10, 2018 at 8:35 AM
To: ●●●●●sdai@gmail.com

**Muller Transactions.pdf**
166K

## All Transactions

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 72875097 | **Current Institution:** | Tucson - FCC |
| **Inmate Name:** | MULLER, MATTHEW | **Housing Unit:** | TCP-A-B |
| **Report Date:** | 09/10/2018 | **Living Quarters:** | A02-114L |
| **Report Time:** | 8:11:26 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 9/10/2018 7:33:17 AM | TRUL Withdrawal | ($15.00) | TL0910 | | $12.59 |
| 9/10/2018 7:13:49 AM | Phone Withdrawal | ($120.00) | TFN0910 | | $27.59 |
| 9/10/2018 7:12:54 AM | Phone Withdrawal | $146.25 | TFN0910 | | $147.59 |
| 9/9/2018 5:02:46 PM | TRUL Withdrawal | ($5.00) | TL0909 | | $1.34 |
| 9/9/2018 6:04:35 AM | TRUL Withdrawal | ($10.00) | TL0909 | | $6.34 |
| 9/6/2018 11:53:47 AM | TRUL Withdrawal | ($30.00) | TL0906 | | $16.34 |
| 9/6/2018 11:45:00 AM | Phone Withdrawal | ($120.00) | TFN0906 | | $46.34 |
| 9/6/2018 6:43:00 AM | TRUL Withdrawal | ($5.00) | TL0906 | | $166.34 |
| 9/3/2018 2:00:02 PM | TRUL Withdrawal | ($30.00) | TL0903 | | $171.34 |
| 9/3/2018 10:02:54 AM | Western Union | $200.00 | 33318246 | | $201.34 |
| 9/2/2018 8:07:13 PM | TRUL Withdrawal | ($10.00) | TL0902 | | $1.34 |
| 9/2/2018 6:03:16 AM | TRUL Withdrawal | ($15.00) | TL0902 | | $11.34 |
| 9/1/2018 7:44:55 AM | TRUL Withdrawal | ($10.00) | TL0901 | | $26.34 |
| 8/31/2018 10:15:20 AM | TRUL Withdrawal | ($10.00) | TL0831 | | $36.34 |
| 8/30/2018 1:50:54 PM | TRUL Withdrawal | ($10.00) | TL0830 | | $46.34 |
| 8/29/2018 5:28:43 PM | TRUL Withdrawal | ($10.00) | TL0829 | | $56.34 |
| 8/29/2018 10:27:54 AM | TRUL Withdrawal | ($10.00) | TL0829 | | $66.34 |
| 8/28/2018 8:23:52 PM | TRUL Withdrawal | ($10.00) | TL0828 | | $76.34 |
| 8/28/2018 1:08:16 PM | TRUL Withdrawal | ($5.00) | TL0828 | | $86.34 |
| 8/27/2018 5:02:44 PM | TRUL Withdrawal | ($10.00) | TL0827 | | $91.34 |
| 8/27/2018 1:54:20 PM | Sales - Fingerprint | ($215.65) | 138 | | $101.34 |
| 8/27/2018 6:04:58 AM | TRUL Withdrawal | ($10.00) | TL0827 | | $316.99 |
| 8/27/2018 5:04:01 AM | Western Union | $200.00 | 33318239 | | $326.99 |
| 8/26/2018 6:00:38 AM | TRUL Withdrawal | ($10.00) | TL0826 | | $126.99 |
| 8/24/2018 5:35:21 PM | TRUL Withdrawal | ($10.00) | TL0824 | | $136.99 |
| 8/23/2018 6:06:52 PM | TRUL Withdrawal | ($10.00) | TL0823 | | $146.99 |
| 8/23/2018 6:00:19 AM | TRUL Withdrawal | ($10.00) | TL0823 | | $156.99 |
| 8/22/2018 11:34:02 AM | TRUL Withdrawal | ($10.00) | TL0822 | | $166.99 |
| 8/22/2018 4:30:09 AM | Court Fees | $5.00 | 2153-C | | $176.99 |
| 8/21/2018 11:12:24 AM | TRUL Withdrawal | ($30.00) | TL0821 | | $171.99 |
| 8/20/2018 5:20:45 PM | TRUL Withdrawal | ($10.00) | TL0820 | | $201.99 |
| 8/18/2018 6:20:11 PM | TRUL Withdrawal | ($30.00) | TL0818 | | $211.99 |
| 8/16/2018 7:05:49 PM | TRUL Withdrawal | ($15.00) | TL0816 | | $241.99 |
| 8/15/2018 9:08:22 AM | TRUL Withdrawal | ($30.00) | TL0815 | | $256.99 |
| 8/14/2018 11:36:07 AM | TRUL Withdrawal | ($15.00) | TL0814 | | $286.99 |
| 8/12/2018 10:47:39 AM | TRUL Withdrawal | ($15.00) | TL0812 | | $301.99 |
| 8/9/2018 7:49:17 AM | TRUL Withdrawal | ($30.00) | TL0809 | | $316.99 |
| 8/7/2018 10:08:47 AM | Phone Withdrawal | ($100.00) | TFN0807 | | $346.99 |
| 8/6/2018 6:59:47 PM | TRUL Withdrawal | ($30.00) | TL0806 | | $446.99 |
| 8/6/2018 2:03:15 PM | Western Union | $400.00 | 33318218 | | $476.99 |
| 8/6/2018 6:02:27 AM | TRUL Withdrawal | ($5.00) | TL0806 | | $76.99 |
| 8/5/2018 5:50:06 PM | TRUL Withdrawal | ($5.00) | TL0805 | | $81.99 |
| 8/5/2018 8:39:53 AM | TRUL Withdrawal | ($5.00) | TL0805 | | $86.99 |
| 8/4/2018 3:04:00 PM | TRUL Withdrawal | ($5.00) | TL0804 | | $91.99 |
| 8/4/2018 7:14:34 AM | TRUL Withdrawal | ($5.00) | TL0804 | | $96.99 |
| 8/3/2018 7:07:23 AM | TRUL Withdrawal | ($5.00) | TL0803 | | $101.99 |
| 8/2/2018 2:24:19 PM | Court Fees | ($5.00) | 4965 | 2154 | $106.99 |
| 8/2/2018 2:24:19 PM | BP 199 Request - Released | $5.00 | 4965 | | |
| 8/2/2018 2:24:15 PM | Court Fees | ($5.00) | 4964 | 2153 | $111.99 |
| 8/2/2018 2:24:15 PM | BP 199 Request - Released | $5.00 | 4964 | | |

1 2 3 4 5 6

# All Transactions

| Inmate Reg #: | 72875097 | Current Institution: | Tucson - FCC |
|---|---|---|---|
| Inmate Name: | MULLER, MATTHEW | Housing Unit: | TCP-A-B |
| Report Date: | 09/10/2018 | Living Quarters: | A02-114L |
| Report Time: | 8:11:53 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 8/2/2018 1:22:51 PM | TRUL Withdrawal | ($5.00) | TL0802 | | $116.99 |
| 8/2/2018 11:33:59 AM | TRUL Withdrawal | ($5.00) | TL0802 | | $121.99 |
| 8/1/2018 7:54:55 PM | TRUL Withdrawal | ($5.00) | TL0801 | | $126.99 |
| 8/1/2018 4:55:37 PM | TRUL Withdrawal | ($5.00) | TL0801 | | $131.99 |
| 8/1/2018 2:25:30 PM | TRUL Withdrawal | ($5.00) | TL0801 | | $136.99 |
| 8/1/2018 11:24:29 AM | TRUL Withdrawal | ($5.00) | TL0801 | | $141.99 |
| 7/31/2018 8:19:18 PM | TRUL Withdrawal | ($10.00) | TL0731 | | $146.99 |
| 7/31/2018 10:25:05 AM | TRUL Withdrawal | ($10.00) | TL0731 | | $156.99 |
| 7/30/2018 9:06:19 PM | TRUL Withdrawal | ($5.00) | TL0730 | | $166.99 |
| 7/30/2018 5:19:15 PM | TRUL Withdrawal | ($5.00) | TL0730 | | $171.99 |
| 7/29/2018 8:27:28 PM | TRUL Withdrawal | ($5.00) | TL0729 | | $176.99 |
| 7/29/2018 2:14:15 PM | TRUL Withdrawal | ($10.00) | TL0729 | | $181.99 |
| 7/28/2018 8:08:23 PM | Phone Withdrawal | ($20.00) | TFN0728 | | $191.99 |
| 7/27/2018 11:19:04 AM | TRUL Withdrawal | ($10.00) | TL0727 | | $211.99 |
| 7/26/2018 7:05:28 PM | TRUL Withdrawal | ($10.00) | TL0726 | | $221.99 |
| 7/26/2018 12:40:59 PM | TRUL Withdrawal | ($5.00) | TL0726 | | $231.99 |
| 7/25/2018 11:30:12 AM | TRUL Withdrawal | ($15.00) | TL0725 | | $236.99 |
| 7/23/2018 1:02:43 PM | Sales - Fingerprint | ($44.80) | 67 | | $251.99 |
| 7/23/2018 9:09:55 AM | TRUL Withdrawal | ($30.00) | TL0723 | | $296.79 |
| 7/23/2018 5:03:58 AM | Western Union | $300.00 | 33318204 | | $326.79 |
| 7/22/2018 8:51:06 PM | TRUL Withdrawal | ($5.00) | TL0722 | | $26.79 |
| 7/22/2018 9:34:19 AM | TRUL Withdrawal | ($5.00) | TL0722 | | $31.79 |
| 7/21/2018 7:37:28 PM | TRUL Withdrawal | ($5.00) | TL0721 | | $36.79 |
| 7/21/2018 10:48:38 AM | TRUL Withdrawal | ($5.00) | TL0721 | | $41.79 |
| 7/20/2018 6:08:39 PM | TRUL Withdrawal | ($5.00) | TL0720 | | $46.79 |
| 7/20/2018 10:05:30 AM | TRUL Withdrawal | ($5.00) | TL0720 | | $51.79 |
| 7/19/2018 4:55:51 PM | TRUL Withdrawal | ($5.00) | TL0719 | | $56.79 |
| 7/19/2018 11:18:12 AM | BP 199 Request | ($5.00) | 4965 | | |
| 7/19/2018 11:17:50 AM | BP 199 Request | ($5.00) | 4964 | | |
| 7/19/2018 11:17:10 AM | BP 199 Request - Released | $5.00 | 4918 | | |
| 7/19/2018 11:17:04 AM | BP 199 Request - Released | $5.00 | 4919 | | |
| 7/19/2018 11:16:46 AM | TRUL Withdrawal | ($5.00) | TL0719 | | $61.79 |
| 7/18/2018 5:03:17 PM | TRUL Withdrawal | ($10.00) | TL0718 | | $66.79 |
| 7/18/2018 10:29:56 AM | TRUL Withdrawal | ($5.00) | TL0718 | | $76.79 |
| 7/18/2018 7:06:49 AM | TRUL Withdrawal | ($5.00) | TL0718 | | $81.79 |
| 7/17/2018 1:05:24 PM | TRUL Withdrawal | ($10.00) | TL0717 | | $86.79 |
| 7/16/2018 5:37:00 PM | Phone Withdrawal | ($20.00) | TFN0716 | | $96.79 |
| 7/16/2018 3:12:05 PM | TRUL Withdrawal | ($10.00) | TL0716 | | $116.79 |
| 7/16/2018 12:50:53 PM | Sales - Fingerprint | ($88.55) | 62 | | $126.79 |
| 7/15/2018 9:14:41 PM | BP 199 Request | ($5.00) | 4919 | | |
| 7/15/2018 9:14:12 PM | BP 199 Request | ($5.00) | 4918 | | |
| 7/15/2018 9:12:08 PM | BP 199 Request - Released | $5.00 | 4905 | | |
| 7/15/2018 8:01:24 AM | TRUL Withdrawal | ($10.00) | TL0715 | | $215.34 |
| 7/14/2018 5:05:01 PM | BP 199 Request | ($5.00) | 4905 | | |
| 7/14/2018 11:51:35 AM | TRUL Withdrawal | ($10.00) | TL0714 | | $225.34 |
| 7/13/2018 11:27:46 AM | TRUL Withdrawal | ($5.00) | TL0713 | | $235.34 |
| 7/12/2018 11:46:21 AM | TRUL Withdrawal | ($5.00) | TL0712 | | $240.34 |
| 7/11/2018 6:58:01 PM | TRUL Withdrawal | ($5.00) | TL0711 | | $245.34 |
| 7/11/2018 3:20:43 PM | TRUL Withdrawal | ($5.00) | TL0711 | | $250.34 |
| 7/11/2018 11:08:49 AM | TRUL Withdrawal | ($5.00) | TL0711 | | $255.34 |

1 2 3 4 5 6

## All Transactions

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 72875097 | Current Institution: | Tucson - FCC | |
| Inmate Name: | MULLER, MATTHEW | Housing Unit: | TCP-A-B | |
| Report Date: | 09/10/2018 | Living Quarters: | A02-114L | |
| Report Time: | 8:12:01 AM | | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 7/10/2018 1:04:44 PM | TRUL Withdrawal | ($10.00) | TL0710 | | $260.34 |
| 7/10/2018 8:09:22 AM | TRUL Withdrawal | ($10.00) | TL0710 | | $270.34 |
| 7/9/2018 1:18:01 PM | Sales - Fingerprint | ($64.55) | 81 | | $280.34 |
| 7/7/2018 8:00:32 AM | TRUL Withdrawal | ($5.00) | TL0707 | | $344.89 |
| 7/6/2018 12:10:33 PM | Phone Withdrawal | ($20.00) | TFN0706 | | $349.89 |
| 7/3/2018 1:03:27 PM | Western Union | $300.00 | 33318184 | | $369.89 |
| 7/1/2018 8:05:35 PM | Phone Withdrawal | ($20.00) | TFN0701 | | $69.89 |
| 6/30/2018 10:58:15 AM | TRUL Withdrawal | ($10.00) | TL0630 | | $89.89 |
| 6/29/2018 3:23:05 PM | TRUL Withdrawal | ($5.00) | TL0629 | | $99.89 |
| 6/27/2018 8:38:38 PM | Phone Withdrawal | ($20.00) | TFN0627 | | $104.89 |
| 6/27/2018 6:39:28 AM | TRUL Withdrawal | ($5.00) | TL0627 | | $124.89 |
| 6/20/2018 8:44:29 AM | Sales - No FP (Non-FP Session) | ($76.85) | 78 | | $129.89 |
| 6/11/2018 4:03:24 PM | Western Union | $200.00 | 33318162 | | $206.74 |
| 6/8/2018 1:21:55 PM | FRP Quarterly Pymt | ($25.00) | TFRP0618 | | $6.74 |
| 6/6/2018 8:30:54 AM | Sales - No FP (Non-FP Session) | ($67.05) | 51 | | $31.74 |
| 5/23/2018 7:56:33 AM | Sales - No FP (Non-FP Session) | ($90.35) | 16 | | $98.79 |
| 5/17/2018 8:49:11 PM | Phone Withdrawal | ($10.00) | TFN0517 | | $189.14 |
| 5/9/2018 7:15:35 AM | Sales - No FP (Non-FP Session) | ($173.05) | 18 | | $199.14 |
| 5/7/2018 5:03:14 PM | Western Union | $250.00 | 33318127 | | $372.19 |
| 5/4/2018 9:37:41 PM | Phone Withdrawal | $24.80 | TFN0504 | | $122.19 |
| 4/24/2018 11:59:37 AM | TRUL Withdrawal | ($5.00) | TL0424 | | $97.39 |
| 4/23/2018 6:24:19 PM | TRUL Withdrawal | ($5.00) | TL0423 | | $102.39 |
| 4/23/2018 6:26:58 AM | TRUL Withdrawal | ($5.00) | TL0423 | | $107.39 |
| 4/21/2018 5:12:47 PM | TRUL Withdrawal | ($10.00) | TL0421 | | $112.39 |
| 4/20/2018 6:03:29 AM | TRUL Withdrawal | ($5.00) | TL0420 | | $122.39 |
| 4/19/2018 5:24:26 PM | TRUL Withdrawal | ($5.00) | TL0419 | | $127.39 |
| 4/19/2018 1:32:16 PM | Sales - Fingerprint | ($21.70) | 37 | | $132.39 |
| 4/19/2018 1:29:50 PM | Sales - Fingerprint | ($134.00) | 36 | | $154.09 |
| 4/18/2018 2:18:58 PM | TRUL Withdrawal | ($10.00) | TL0418 | | $288.09 |
| 4/18/2018 8:21:19 AM | TRUL Withdrawal | ($5.00) | TL0418 | | $298.09 |
| 4/17/2018 2:03:13 PM | Western Union | $300.00 | 33318107 | | $303.09 |
| 4/17/2018 11:58:31 AM | TRUL Withdrawal | ($5.00) | TL0417 | | $3.09 |
| 4/16/2018 8:03:26 PM | TRUL Withdrawal | ($5.00) | TL0416 | | $8.09 |
| 4/16/2018 10:08:11 AM | TRUL Withdrawal | ($5.00) | TL0416 | | $13.09 |
| 4/15/2018 3:29:37 PM | TRUL Withdrawal | ($5.00) | TL0415 | | $18.09 |
| 4/13/2018 7:59:25 PM | TRUL Withdrawal | ($10.00) | TL0413 | | $23.09 |
| 4/12/2018 11:38:06 AM | TRUL Withdrawal | ($5.00) | TL0412 | | $33.09 |
| 4/12/2018 8:36:33 AM | Sales - Fingerprint | ($20.00) | 39 | | $38.09 |
| 4/12/2018 8:26:21 AM | Sales - Fingerprint | ($47.35) | 33 | | $58.09 |
| 4/10/2018 8:39:10 PM | TRUL Withdrawal | ($10.00) | TL0410 | | $105.44 |
| 4/10/2018 10:30:39 AM | TRUL Withdrawal | ($10.00) | TL0410 | | $115.44 |
| 4/9/2018 7:31:47 PM | TRUL Withdrawal | ($10.00) | TL0409 | | $125.44 |
| 4/8/2018 8:06:52 PM | TRUL Withdrawal | ($15.00) | TL0408 | | $135.44 |
| 4/7/2018 5:58:37 PM | TRUL Withdrawal | ($10.00) | TL0407 | | $150.44 |
| 4/6/2018 10:51:00 AM | TRUL Withdrawal | ($10.00) | TL0406 | | $160.44 |
| 4/5/2018 8:43:07 AM | Sales - Fingerprint | ($146.80) | 28 | | $170.44 |
| 4/4/2018 8:13:03 PM | TRUL Withdrawal | ($30.00) | TL0404 | | $317.24 |
| 4/2/2018 3:36:12 PM | TRUL Withdrawal | ($30.00) | TL0402 | | $347.24 |
| 3/31/2018 7:28:55 PM | TRUL Withdrawal | ($30.00) | TL0331 | | $377.24 |
| 3/30/2018 3:29:15 PM | TRUL Withdrawal | ($10.00) | TL0330 | | $407.24 |

1 2 3 4 5 6

# All Transactions

| | | | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 72875097 | **Current Institution:** | Tucson - FCC | |
| **Inmate Name:** | MULLER, MATTHEW | **Housing Unit:** | TCP-A-B | |
| **Report Date:** | 09/10/2018 | **Living Quarters:** | A02-114L | |
| **Report Time:** | 8:12:08 AM | | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 3/30/2018 1:13:52 PM | TRUL Withdrawal | ($10.00) | TL0330 | | $417.24 |
| 3/28/2018 8:30:14 AM | Sales - Fingerprint | ($185.70) | 19 | | $427.24 |
| 3/27/2018 3:21:44 PM | TRUL Withdrawal | ($30.00) | TL0327 | | $612.94 |
| 3/27/2018 2:02:48 PM | Western Union | $600.00 | 33318086 | | $642.94 |
| 3/25/2018 9:09:11 PM | TRUL Withdrawal | ($10.00) | TL0325 | | $42.94 |
| 3/22/2018 7:52:35 PM | TRUL Withdrawal | ($15.00) | TL0322 | | $52.94 |
| 3/20/2018 12:07:46 PM | Phone Withdrawal | ($60.00) | TFN0320 | | $67.94 |
| 3/20/2018 6:24:03 AM | TRUL Withdrawal | ($30.00) | TL0320 | | $127.94 |
| 3/19/2018 8:08:06 PM | TRUL Withdrawal | ($5.00) | TL0319 | | $157.94 |
| 3/19/2018 9:40:16 AM | TRUL Withdrawal | ($10.00) | TL0319 | | $162.94 |
| 3/19/2018 7:39:58 AM | TRUL Withdrawal | ($5.00) | TL0319 | | $172.94 |
| 3/17/2018 12:48:21 PM | TRUL Withdrawal | ($5.00) | TL0317 | | $177.94 |
| 3/16/2018 8:13:44 PM | TRUL Withdrawal | ($5.00) | TL0316 | | $182.94 |
| 3/16/2018 6:20:14 AM | TRUL Withdrawal | ($2.00) | TL0316 | | $187.94 |
| 3/14/2018 8:05:52 AM | Sales - Fingerprint | ($113.65) | 53 | | $189.94 |
| 3/13/2018 8:07:48 PM | Phone Withdrawal | ($50.00) | TFN0313 | | $303.59 |
| 3/13/2018 8:06:00 PM | TRUL Withdrawal | ($10.00) | TL0313 | | $353.59 |
| 3/13/2018 11:39:19 AM | TRUL Withdrawal | ($5.00) | TL0313 | | $363.59 |
| 3/13/2018 9:02:16 AM | TRUL Withdrawal | ($5.00) | TL0313 | | $368.59 |
| 3/12/2018 5:17:14 PM | TRUL Withdrawal | ($5.00) | TL0312 | | $373.59 |
| 3/11/2018 7:30:54 PM | TRUL Withdrawal | ($5.00) | TL0311 | | $378.59 |
| 3/11/2018 3:37:12 PM | TRUL Withdrawal | ($5.00) | TL0311 | | $383.59 |
| 3/11/2018 6:05:55 AM | TRUL Withdrawal | ($5.00) | TL0311 | | $388.59 |
| 3/9/2018 5:33:01 PM | TRUL Withdrawal | ($5.00) | TL0309 | | $393.59 |
| 3/9/2018 1:46:56 PM | FRP Quarterly Pymt | ($25.00) | TFRP0318 | | $398.59 |
| 3/9/2018 7:08:24 AM | TRUL Withdrawal | ($5.00) | TL0309 | | $423.59 |
| 3/8/2018 6:06:02 AM | TRUL Withdrawal | ($5.00) | TL0308 | | $428.59 |
| 3/7/2018 8:16:32 AM | Sales - Fingerprint | ($147.75) | 16 | | $433.59 |
| 3/6/2018 7:32:03 PM | TRUL Withdrawal | ($5.00) | TL0306 | | $581.34 |
| 3/6/2018 5:23:23 PM | TRUL Withdrawal | ($5.00) | TL0306 | | $586.34 |
| 3/6/2018 3:35:54 PM | TRUL Withdrawal | ($5.00) | TL0306 | | $591.34 |
| 3/5/2018 6:34:00 PM | TRUL Withdrawal | ($5.00) | TL0305 | | $596.34 |
| 3/4/2018 11:31:33 AM | TRUL Withdrawal | ($10.00) | TL0304 | | $601.34 |
| 3/3/2018 7:20:51 PM | TRUL Withdrawal | ($10.00) | TL0303 | | $611.34 |
| 3/3/2018 12:03:22 PM | TRUL Withdrawal | ($5.00) | TL0303 | | $621.34 |
| 3/2/2018 6:00:52 AM | TRUL Withdrawal | ($5.00) | TL0302 | | $626.34 |
| 3/1/2018 8:56:32 PM | TRUL Withdrawal | ($10.00) | TL0301 | | $631.34 |
| 2/28/2018 8:16:18 AM | Sales - Fingerprint | ($18.40) | 17 | | $641.34 |
| 2/27/2018 4:48:46 PM | TRUL Withdrawal | ($5.00) | TL0227 | | $659.74 |
| 2/26/2018 8:37:29 PM | Phone Withdrawal | ($30.00) | TFN0226 | | $664.74 |
| 2/26/2018 5:31:21 PM | TRUL Withdrawal | ($5.00) | TL0226 | | $694.74 |
| 2/25/2018 6:13:55 PM | TRUL Withdrawal | ($5.00) | TL0225 | | $699.74 |
| 2/24/2018 3:26:32 PM | TRUL Withdrawal | ($5.00) | TL0224 | | $704.74 |
| 2/22/2018 8:18:02 AM | Sales - Fingerprint | ($10.10) | 14 | | $709.74 |
| 2/22/2018 8:17:56 AM | Sales - Fingerprint | $9.75 | 13 | | $719.84 |
| 2/22/2018 8:13:12 AM | Sales - Fingerprint | ($178.65) | 12 | | $710.09 |
| 2/21/2018 8:48:07 PM | TRUL Withdrawal | ($10.00) | TL0221 | | $888.74 |
| 2/19/2018 9:22:10 AM | TRUL Withdrawal | ($5.00) | TL0219 | | $898.74 |
| 2/17/2018 5:21:15 PM | TRUL Withdrawal | ($5.00) | TL0217 | | $903.74 |
| 2/17/2018 9:33:30 AM | TRUL Withdrawal | ($5.00) | TL0217 | | $908.74 |

1 2 3 4 5 6