1  STACY SCHEFF
   LAW OFFICE OF STACY SCHEFF
2  P.O. BOX 40611, TUCSON AZ 85717-0611
   Tel: (520) 471-8333
3  Fax: (520) 300-8033
   stacy.scheff@gmail.com
4  State Bar No. 028364

5  Attorney for Matthew Muller

6

7              IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF ARIZONA

9

10

11  MATTHEW MULLER,                    Case No. 4:18-cv-00376-RCC-PSOT

12         Plaintiff,

13     v.

14                                     **Motion to Withdraw as Attorney**
15  UNITED STATES; R.L. RHODES Acting
    Warden USP Tucson; UNKNOWN
16  BALTAZAR Complex Warden USP Tucson;
    UNKNOWN JUSINO, Associate Warden
17  USP Tucson; LORRI MITCHELL, Legal
    Assistant USP Tucson; JANE/JOHN DOES
18  1-25 employees at USP Tucson,
19
20         Defendants.

21         Undersigned requests to withdraw as Plaintiff's attorney in this matter.  While

22  Plaintiff was in Arizona, housed at the federal prison in Tucson, undersigned was retained
23
    to represent him regarding the conditions of confinement there.
24
           Plaintiff was recently transferred to Solano County jail in California for a criminal
25
26  case there.  Plaintiff and undersigned disagree as to how to proceed with this case, and
27
28

Plaintiff decided that he wishes to represent himself so that he can pursue the case according to his own wishes, and to save the expense of attorney fees.  Plaintiff was an attorney before he was incarcerated, and undersigned believes he has the skills and intelligence to represent himself in this case going forward.

    Attached is an affidavit from Plaintiff stating that he agrees with this Motion, and wishes undersigned to withdraw as his attorney in this matter.

Dated:  September 25, 2018

By: *[signature: S. Scheff]*

STACY SCHEFF
Attorney for Plaintiff
Matthew Muller

# AFFIDAVIT OF MATTHEW MULLER

I, Matthew Muller, am the Plaintiff in this action.

I consent to the withdrawal of Stacy Scheff as my attorney in this matter.

I wish to proceed *pro-se*.

_____
MATTHEW MULLER

9/21/2018
DATE