# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MATTHEW MULLER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES; R.L. RHODES Acting Warden USP Tucson; UNKNOWN BALTAZAR Complex Warden USP Tucson; UNKNOWN JUSINO, Associate Warden USP Tucson; LORRI MITCHELL, Legal Assistant USP Tucson; JANE/JOHN DOES 1-25 employees at USP Tucson,<br><br>    Defendants. | Case No. 4:18-cv-00376-RCC-PSOT<br><br>**PROPOSED ORDER** |

On motion from Plaintiff's attorney to withdraw as counsel, and good cause appearing,

IT IS GRANTED, allowing Stacy Scheff to withdraw as counsel and Plaintiff to proceed *pro-se*.

_____