ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Muller, | No.  CV 18-00376-TUC-RCC |
| Plaintiff, | |
| v. | **ORDER** |
| United States of America, et al., | |
| Defendants. | |

On August 2, 2018, Plaintiff Matthew Muller, who is confined in the United States Penitentiary in Tucson, Arizona, filed, through counsel, a Complaint for Injunctive and Declaratory Relief pursuant to 28 U.S.C. § 1331 and the Administrative Procedures Act, and paid the filing fee.  On August 7, 2018, Plaintiff filed a First Amended Complaint, as well as a Motion for Temporary Restraining Order and Preliminary Injunction, and, two days later, an Emergency Motion for Temporary Restraining Order.  By Order dated August 10, 2018, the Court dismissed the First Amended Complaint for failure to state a claim, and denied the two motions seeking injunctive relief.  Plaintiff was provided with 30 days in which to file an amended complaint that cured the deficiencies identified in the Order.

On August 23, 2018, Plaintiff filed a Second Amended Complaint and, the next day, another Emergency Motion for Temporary Restraining Order and Preliminary Injunction. By Order dated August 31, 2018, the Court dismissed the Second Amended Complaint for failure to state a claim and denied the Motion.  Plaintiff was again

provided with 30 days in which to file an amended complaint that cured the deficiencies identified in the Order.

Rather than file an amended complaint, Plaintiff filed a Notice of Appeal to the Ninth Circuit Court of Appeals (Doc. 15). Thereafter, on September 13, 2018, Plaintiff filed in this Court a Motion for Leave to Appeal In Forma Pauperis (Doc. 18). The Court will grant the Motion.

**IT IS ORDERED:**

(1) Plaintiff's Motion for Leave to Appeal In Forma Pauperis (Doc. 18) is **granted**.

(2) The Clerk of Court is directed to forward a copy of this Order to the Clerk of the Ninth Circuit Court of Appeals, reference Ninth Circuit case number 18-16693, *Matthew Muller v. USA, et al.*

Dated this 25th day of September, 2018.

_____
Honorable Raner C. Collins
United States District Judge