ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Muller,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America, et al.,<br><br>    Defendants. | No.  CV 18-00376-TUC-RCC<br><br>**ORDER** |

Pending before the Court is a Motion to Withdraw as Attorney (Doc. 19), filed by Plaintiff's attorney, Stacy Scheff.  The Motion includes the written consent of Plaintiff, and indicates that Plaintiff has recently been transferred to "Solano County jail in California" and that Plaintiff "wish[es] to proceed *pro-se*."  The Court will grant the Motion.  Ms. Scheff will be directed, within 7 days from the date of this Order, to file a Notice providing Plaintiff's last known address,  *see* LRCiv 83.3(b)(1), but is otherwise relieved of any further responsibility in this matter.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED:**

(1) The Motion to Withdraw as Attorney for Plaintiff (Doc. 19) is **granted**. Within **7 days** from the date of this Order, Ms. Scheff shall file a Notice with the Court providing Plaintiff's last known address, but is otherwise relieved of any further responsibility in this matter.

Dated this 11th day of October, 2018.

Honorable Raner C. Collins
United States District Judge