STACY SCHEFF
LAW OFFICE OF STACY SCHEFF
P.O. BOX 40611, TUCSON AZ 85717-0611
Tel: (520) 471-8333
Fax: (520) 300-8033
stacy.scheff@gmail.com
State Bar No. 028364

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| MATTHEW MULLER,<br><br>          Plaintiff,<br><br>  v.<br><br>UNITED STATES; R.L. RHODES Acting Warden USP Tucson; UNKNOWN BALTAZAR Complex Warden USP Tucson; UNKNOWN JUSINO, Associate Warden USP Tucson; LORRI MITCHELL, Legal Assistant USP Tucson; JANE/JOHN DOES 1-25 employees at USP Tucson,<br><br>          Defendants. | Case No. 4:18-cv-00376-RCC-PSOT<br><br>**NOTICE OF PLAINTIFF'S LAST KNOWN ADDRESS** |

Pursuant to this Court's Order at Doc. 21, below is Plaintiff Matthew Muller's last known address:

>Matthew Muller # 255332
>Solano County Jail
>500 Union Ave.
>Fairfield Ca. 94533

Dated:  October 15, 2018

                                       _S. Scheff_
                                       STACY SCHEFF