# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Muller,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States of America, et al.,<br><br>　　　　Defendants. | No. CV-18-00376-TUC-RCC (P)<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to close the case.

Dated this 17th day of October, 2018.

Honorable Raner C. Collins
United States District Judge