# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Muller,<br><br>        Plaintiff,<br><br>v.<br><br>United States of America, et al.,<br><br>        Defendants. | **NO. CV-18-00376-TUC-RCC (P)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed August 31, 2018 and October 17, 2018, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed with prejudice.

                                        Brian D. Karth
                                        District Court Executive/Clerk of Court

October 17, 2018

                                        s/ S. Barraza
                                    By  Deputy Clerk